IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANESSA BUDHUN | : | |
| Plaintiff | : | Civil Case |
| | : | |
| v. | : | |
| | : | |
| READING HOSPITAL AND | : | No. 10-06921 |
| MEDICAL CENTER | : | |
| Defendant | : | |

ORDER

AND NOW, this 13th day of July, 2011, upon consideration of plaintiff's motion for leave to file first amended complaint (Doc. # 12) and defendant's response thereto (Doc. # 13), and upon notification that plaintiff has received a Notice of Right to Sue from the EEOC, it is hereby ORDERED that plaintiff's motion shall be DENIED for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.