IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANESSA BUDHUN, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-CV-06921 |
| | : | |
| THE READING HOSPITAL AND MEDICAL CENTER, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 30th day of November, 2011, upon consideration of the Defendant's Motion for Summary Judgment (Doc. #27), and all responses and replies thereto, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.