# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANESSA BUDHUN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-cv-06921 |
| | : | |
| THE READING HOSPITAL AND | : | |
| MEDICAL CENTER, | : | |
|     Defendant. | : | |

## O R D E R

**AND NOW**, this 7th day of May, 2015, upon consideration of defendant's motion for summary judgment (Doc. No. 26, 27) and all responses thereto, it is hereby **ORDERED** that the motion is **DENIED**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.